USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

43 MOTT REALTY OWNER LLC, *et al.*,

Plaintiffs,

-v-

GLOBAL BANK, *et al.*,

Defendants.

**ORDER**

26-CV-4831 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's July 17, 2026 letter, ECF No. 9 (the "Letter"). The relief requested in the Letter is **DENIED.** Counsel shall attend the case management conference on **July 21, 2026** at **10:00 a.m.** in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

Pursuant to the Court's June 25, 2026 order, ECF No. 8 (the "Order"), the parties were directed to submit to RicardoNYSDChambers@nysd.uscourts.gov a proposed case management plan and scheduling order by July 17, 2026. To date, the parties have not submitted a proposed case management plan and scheduling order. The parties are directed to submit a proposed case management plan and scheduling order by **July 20, 2026.**

**SO ORDERED.**

Dated: July 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge