USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

43 MOTT REALTY OWNER LLC, *et al.*,

Plaintiffs,

-v-

GLOBAL BANK, *et al.*,

Defendants.

**ORDER**

26-CV-4831 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

An initial case management conference was held on July 21, 2026, at which counsel for Plaintiffs Tai Cheung Realty, Inc. and 43 Mott Realty Owner LLC (the "Entity Plaintiffs") appeared, but counsel for Plaintiffs Grand Top LLC, Ping Cheung and Kevin Ye, as well counsel for Defendants Global Bank and Amerasia Bank ("Defendants") did not appear. The Entity Plaintiffs represented that they had been in contact with Defendants, and both the Entity Plaintiffs and Defendants wish for this matter to be adjudicated by the United States Bankruptcy Court for the Eastern District of New York.

The parties are directed to confer and file a joint status letter by **July 31, 2026** regarding their proposed next steps.

**SO ORDERED.**

Dated: July 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge